**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

ANDREW JAMISON     PETITIONER

v.     No. 2:06CV73-B-A

WARDEN PARKER, ET AL     RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the state's motion to dismiss is hereby **GRANTED**, and the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED,** this the 28th day of August, 2006.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE